1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ABRAHAM GALINDO,

11            Petitioner,                    No. CIV S-08-0945 MCE DAD P

12        vs.

13   ED FOULK, Executive Director

14            Respondent.                    ORDER

15   _____/

16            Following the court's issuance of an order to show cause on August 7, 2009,

17   petitioner has filed two requests for an extension of time to file and serve an opposition to

18   respondent's June 24, 2009 motion to dismiss.  Petitioner has also requested a copy of

19   respondent's motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

20            1. The court's August 7, 2009 order to show cause is discharged;

21            2. Petitioner's September 16, 2009 and September 22, 2009 motions for an

22   extension of time (Doc. Nos. 17 & 18) are granted;

23            3. Petitioner is granted sixty days from the date of this order in which to file and

24   serve an opposition to respondent's motion to dismiss.  In the alternative, if petitioner no longer

25   wishes to proceed with this matter, he may file a request to dismiss this action without prejudice

26   pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

1

1    4.  Petitioner's September 16, 2009 and September 22, 2009 requests for a copy of

2  respondent's motion to dismiss (Doc. Nos. 17 & 18) are granted; and

3    5.  The Clerk of the Court is directed to send petitioner a copy of respondent's

4  June 24, 2009 motion to dismiss.

5  DATED: September 30, 2009.

6

7  _____

8  DAD:9:mp                         DALE A. DROZD
   gali0945.111opp                  UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26