IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABRAHAM GALINDO,

    Petitioner,                   No. CIV S-08-0945 MCE DAD P

    vs.

ED FOULK, Executive Director,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, has requested this action be dismissed without prejudice.

        Accordingly, IT IS HEREBY ORDERED that respondent shall notify this court, within ten days, whether he has any objection to the dismissal of this action.  Should respondent fail to respond, petitioner's request will be granted pursuant to Fed. R. Civ. P. 41(a).  See Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: December 16, 2010.

                                                     DALE A. DROZD
                                                     UNITED STATES MAGISTRATE JUDGE

DAD:mp
gali0945.159a