IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABRAHAM GALINDO,

       Petitioner,                No. CIV S-08-0945 MCE DAD P

   vs.

ED FOULK, Executive Director,

       Respondent.              <u>ORDER</u>

_____/

       Petitioner, a civil detainee proceeding pro se, has requested that this action be dismissed. On December 17, 2010, respondent was granted ten days in which to file any objection. That time has now passed and respondent has not objected to this dismissal.

       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); <u>see also</u> Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: January 12, 2011.

                                 /s/ Dale A. Drozd
                              DALE A. DROZD
DAD:9                            UNITED STATES MAGISTRATE JUDGE
gali0945.159

1